CITY OF BRUNSWICK *et al. v.* SHADER *et al.*

This case being for decision by the entire bench composed of six Justices, and the court being evenly divided in opinion, Russell, C. J., and Atkinson and Hutcheson, JJ., being of the opinion that the judgment of the trial court should be affirmed, and Beck, P. J., and Gilbert and Bell,

JJ., being of the contrary opinion, the judgment stands affirmed by operation of law.

No. 10584.   SEPTEMBER 16, 1935.

*R. D. Meader* and *Conyers & Gowen,* for plaintiff in error.
*W. C. Little,* contra.